ROSE SCHWARTZ, Respondent, v. MARCUS A. GREENBERG, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AMERICAN UNION BANK, Appellant, v. OSCAR L. GUBELMAN and Others, Respondents.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET DEVINE, Respondent, v. TIMOTHY DEVINE, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE R-W REALTY CO., INC., Respondent, v. J. MARION EDMUNDS, Appellant. — Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JULIUS THALHEIM, Appellant, v. BAKER & WILLIAMS and Others, Defendants, Impleaded with SUSQUEHANNA SILK MILLS OF NEW YORK and Others, Respondents.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. S. REID SPENCER, Appellant.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VICTOR M. MARIN, Respondent, v. WOLFSOHN MUSICAL BUREAU, INC., Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS MEYER and Others, Plaintiffs, v. JAMES C. DAVIS, Director-General of Railroads, etc., and Another, Defendants.— Motion granted. Present — Clarke, P.J., Dowling, Finch, McAvoy and Martin, JJ.

HAROLD WILLIAMS, Appellant, v. EDWARD DEV. TOMPKINS, INC., Respondent, — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of JOHN A. McEVEETY, an Attorney.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of HYMAN POUKER, an Attorney.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL BLOOMER, Respondent, v. HARRY LENOWITZ, Appellant.—Application denied and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIZABETH SHERIDAN, Respondent, v. YONKERS RAILROAD COMPANY, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CUSHMAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of JAMES J. FRAWLEY, Public Administrator of the County of New York, as Administrator, etc., of ELIZA NOONAN, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KATHERINE KELLY, Appellant, v. EDWARD E. SPAFFORD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.